# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

STEVEN E. SMITH,       )
                      )
       Plaintiff,    )
                      )
v.                   )     Case No. CV410-168
                      )
WILLIAM DANFORTH, *Warden*  )
*Valdosta State Prison*; JAMES D.  )
PRESCOTT (CO II); NACOMBA D.  )
HADELY (CO II); and STATE OF  )
GEORGIA (Corrections),     )
                      )
       Defendants.   )

## REPORT AND RECOMMENDATION

Civil rights plaintiff Steven E. Smith has submitted for filing a 42 U.S.C. § 1983 complaint concerning allegations of misconduct by prison officials at Valdosta State Prison, which is within the jurisdiction of the United States District Court for the Middle District of Georgia. (Doc. 1.) Since his claims arise from events that transpired in Valdosta State Prison and the defendants are located there, the proper forum for the action is in the Middle District of Georgia, Valdosta Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts

and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Valdosta Division of the United States District Court for the Middle District of Georgia for all further proceedings.

**SO REPORTED AND RECOMMENDED** this 4th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA