FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 AUG 31 AM 9: 41

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| STEVEN E. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-168 |
| | ) | |
| WILLIAM DANFORTH, *Warden* | ) | |
| *Valdosta State Prison*; JAMES D. | ) | |
| PRESCOTT (CO II); NACOMBA D. | ) | |
| HADELY (CO II); and STATE OF | ) | |
| GEORGIA (Corrections), | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed. Accordingly, the Report and Recommendation

of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _31_ day of _August_, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA